■ JOHN M. SAHADY, Appellant-Respondent, v ZAMPERLA, INC., et al., Respondents-Appellants. [690 NYS2d 465] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tormey, III, J. (Appeals from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Denman, P. J., Pine, Pigott, Jr., Hurlbutt and Balio, JJ.